IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KEVIN VALENTIN,

      Appellant,

v.

Case No.  5D15-3804

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed June 2, 2017

Appeal from the Circuit Court
for Orange County,
Jenifer M. Davis, Judge.

James S. Purdy, Public Defender, and
Susan A. Fagan, Assistant Public Defender,
Daytona Beach, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

     We affirm Kevin Valentin's sentence.  See Young v. State, 42 Fla. L. Weekly D1103

(Fla. 5th DCA May 12, 2017); St. Val v.  State, 174 So. 3d 447 (Fla. 4th DCA 2015).

However, on remand, as the State properly concedes, Valentin shall be awarded twenty

days of additional jail credit.

AFFIRMED and REMANDED FOR CORRECTION OF SENTENCE.

COHEN, C.J., ORFINGER and BERGER, JJ., concur.